# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAURIE TSAO, a.k.a. LAURIE CHANG, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 2:08-cv-00713-RCJ-GWF |
| DESERT PALACE, INC et al., | ) ) | ORDER |
| Defendants. | ) ) | |

Because the Court of Appeals has affirmed this Court's grant of summary judgment to Defendants on the federal claims and there is not complete diversity between the parties, the Court remands the remaining claims to the state court. *See* 28 U.S.C. § 1367(c)(3).

## CONCLUSION

IT IS HEREBY ORDERED that the case is REMANDED.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 15th day of November, 2012.

_____
ROBERT C. JONES
United States District Judge